UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 03 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> MOHAMED OSMAN MOHAMUD, <br><br> Defendant - Appellant. | No. 14-30217 <br><br> D.C. No. 3:10-cr-00475-KI-1 <br> U.S. District Court for Oregon, Portland <br><br> **ORDER** |

The amicus brief submitted by Electronic Frontier Foundation and American Civil Liberties on June 3, 2015 is filed.

Within 7 days of this order, amici curiae are ordered to file 7 copies of the brief in paper format, with a green cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939.

For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

                                              FOR THE COURT:
                                              Molly C. Dwyer
                                              Clerk of Court

                                              Wayne Price
                                              Deputy Clerk